IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-660-GCM

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA  Plaintiff,  v.  OLD DOMINION FREIGHT LINE, INC.  Defendant and Counterclaim Plaintiff,  v.  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA  Counterclaim Defendant. | **ORDER** |

**THIS MATTER** is before the Court on National Union Fire Insurance Company of Pittsburgh, PA's ("National Union") Motion to Remand [D.I. 10], Old Dominion Freight Line, Inc.'s ("Old Dominion") Memorandum in opposition [D.I. 14], and National Union's Reply [D.I. 15]. The Motion to Remand has been fully briefed and is ripe for determination.

The Court holds that North Carolina state law governs National Union's claim for cargo damage regarding the intrastate motor carrier transport of the cargo of National Union's insured. The cause of action brought by National Union is not governed by any federal statute or federal common law, and the cause of action is not dependent on the resolution of a substantial issue of

1

federal law. Furthermore, the cause of action does not arise from a federal statute or from a federal common law principle. Therefore, this Court rules this it lacks subject matter jurisdiction over this case within the meaning of 28 U.S.C. § 1331.

Accordingly, it is hereby ORDERED that National Union's Motion to Remand this case to the Superior Court of Mecklenburg County, North Carolina is GRANTED.

IT IS SO ORDERED.

Signed: March 1, 2012

Graham C. Mullen
United States District Judge

2

Case 3:11-cv-00660-GCM   Document 16   Filed 03/01/12   Page 2 of 2